UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 05-341 (RMU) |
| **ALFREDO MANUEL DE VENGOECHEA-MENDEZ**<br>     a.k.a. "El Patron"<br>     a.k.a. "Feyo" | : ORDER TO UNSEAL<br>:<br>: FILED UNDER SEAL |
| **ALVARO ANTONIO PADILLA-MELENDEZ**<br>     a.k.a. "El Topo" | : UNSEALED FILED<br>: MAY 8 - 2006<br>: NANCY MAYER WHITTINGTON, CLERK<br>: U.S. DISTRICT COURT |
| **MARLON GUERRERO-ROMAN** | : |
| **FIRST NAME UNKNOWN LAST NAME UNKNOWN**<br>     a.k.a. "Marquitos" | : |
| **RAFAEL EDUARDO RUIZ-ALVEAR**<br>     a.k.a. "Rafael" | : |
| **LUIS ANTONIO VALENZUELA-SIERRA**<br>     a.k.a. "Lucho"<br>     a.k.a. "Mi Tonto" | : |
| **EBLIN RAFAEL RAMIREZ-DIAZ**<br>     a.k.a. "Rafa" | : |
|      Defendants. | : |

## ORDER

Upon consideration of the Government's Motion to Unseal the Indictment, it is hereby

ORDERED, this 8th day of May, 2006, the Motion to Unseal be granted.

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

DATE: 5/8/06

cc:   Patrick H. Hearn, Trial Attorney.
      Narcotic and Dangerous Drug Section
      U.S. Department of Justice
      1400 New York Avenue, NW, Suite 800
      Washington, D.C. 20530     202-305-7606