# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-341 | MAGIS. NO: |
| SEALED v. ALFREDO MANUEL DE VENGOECHEA-MENDEZ, et. al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Eblin Rafael Ramirez-Diaz | |

YN

FILED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB:             PDID:

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | | |
|---|---|---|---|
| | | ARREST | |
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF:   21:959,960 and 963; 21:959; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| HWOB | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE FACCIOLA | U.S. MAGISTRATE JOHN M. FACCIOLA | September 14, 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE 9/14/05 |

9-25-06

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9-14-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA   Yes    No  X CASE: | DAVID BALDWIN | David Baldwin |
| | OCDETF CASE:   Yes    No  X | |