UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-341 (RMU) |
| | ) | |
| **ALFREDO MANUEL DE VENGOECHEA-MENDEZ** | ) ) | |
| a.k.a. "El Patron" | ) | |
| a.k.a. "Feyo" | ) | |
| | ) | |
| **LUIS ANTONIO VALENZUELA-SIERRA** | ) ) | |
| a.k.a. "Lucho" | ) | |
| a.k.a. "Mi Tonto" | ) | |
| | ) | |
| **EBLIN RAFAEL RAMIREZ-DIAZ** | ) | |
| a.k.a. "Rafa" | ) | |
| | ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the "Government's Motion To Exclude Time Under the Speedy Trial Act and Declare the Case Complex," and Defendant's Response Thereto, the Court hereby **ORDERS** that the government's motion is **GRANTED**.

1. The Court **FINDS**, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(ii), (iv) that the ends of justice served by granting the government's motion outweigh the best interest of the public and the defendant in a speedy trial. The reason for finding that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial is that this case is a complex case.

    This case is an international drug conspiracy case involving multiple defendants from Colombia. This case involves the extraterritorial application of United States law.

       The investigation of this case has occurred inside and outside the United States and has been conducted by Special Agents of the DEA and by authorities of foreign countries either working independently of or in cooperation with the DEA. The case involves evidence from various foreign countries which will require translation from Spanish into English. Many of the government's witnesses reside outside the United States. Because the case involves the extraterritorial application of United States law and the prosecution of an alleged Colombian drug traffickers it may present novel questions of fact or law. Accordingly, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limit established by the Speedy Trial Act.

2. Pursuant to 18 U.S.C. §3161(h)(7), the Court **FINDS** that a reasonable period of delay is appropriate in this case to await the arrival of the co-defendants Alvaro Antonio Padilla-Melendez, Marlon Guerrero-Roman, Jose Ricardo Martinez-Rubiano and Rafael Eduardo Ruiz-Alvear, from Colombia. The extraditions of these defendants were requested by the United States government and it is anticipated that they will be extradited from Colombia. The interests of judicial economy and the public interest in having a unified trial with the co-defendant indicted in a single conspiracy case make the exclusion of time reasonable and appropriate in this case.

3. It is therefore **ORDERED** that in computing the time within which the trial must commence, the period of time from the arraignments of Alfredo Manuel De Vengoechea-

Mendez, Luis Antonio Valenzuela-Sierra and Eblin Rafael Ramirez-Diaz be excluded pursuant to 18 U.S.C. §3161(h)(7) and §3161(h)(8).

**SO ORDERED**,

DATE: _____

_____
RICARDO M. URBINA
U.S. DISTRICT JUDGE FOR
THE DISTRICT OF COLUMBIA

Copies to:
Attorney for Government:
Patrick H. Hearn.
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 305-7606

Attorney for Vengoechea
JeffreyWeiner
Two Datran Center
Suite 1910
9130 South Dadeland Boulevard
Miami, Florida 33156
Phone: 305 670.9919
Fax: 305 670.9299

Attorney for Valenzuela
Manuel J. Retureta
601 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C.
202-220-3073

Attorney for Ramirez
David Bos
Assistant Federal Defender
625 Indiana Ave., N.W.
Suite 550
Washington, D.C. 20004
202-208-7500

Case 1:05-cr-00341-RMU     Document 17-2     Filed 10/11/2006     Page 4 of 4