UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
              v.              :    Criminal Action No.: 05-341 (RMU)
                              :
#1 ALFREDO VENGOECHEA-MENDEZ  :
#6 LUIS VALENZUELA-SIERRA     :          FILED
#7 EBLIN    Defendant(s).     :
   RAMIREZ-DIAZ                          OCT 11 2006

                    ORDER                NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

    It is this 11th day of October 2005,

    ORDERED that a status hearing in the above-captioned case shall take place on November 2, 2006 at 10:00 am.

    SO ORDERED.

                                    _____
                                         Ricardo M. Urbina
                                    United States District Judge

The government's motion to certify a complex case due October 11, 2006. The defendants' oppositions are due November 2, 2006 by 7:00am.