UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Action No.: 05-341 (RMU) |
| | : |
| ALFREDO VENGOECHEA-MENDEZ, | : |
| *et al.*, | : |
| | : |
| Defendant. | : |

**ORDER**

**FILED**

NOV 2 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 2nd day of November 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on December 12, 2006 at 10:30am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge