**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA    :
    :
       v.    :    Criminal Action No.: 05-0341 (RMU)
    :
VENGOECHEA-MENDEZ, *et. al.*,    :
    :
       Defendant.    :

## O R D E R

**FILED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 10th day of August 2007,

**ORDERED** that a ~~trial~~ hearing in the above-captioned case shall take place on ~~August 15, 2008~~ at ~~9:30~~.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge