# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0341 (RMU) |
| | : | |
| DEVENGOECHEA-MENDEZ et al. | : | |
| | : | |
| Defendant. | : | |

## O R D E R

FILED

OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 15th day of October 2007, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on December 18, 2007 at 10:45.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge