UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :     Criminal Action No.: 05-341 (RMU)
                                  :
VENGOECHEA-MENDEZ et al.,         :
                                  :
              Defendants.         :

**ORDER**

It is this 27th day of August 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on ~~August 7~~ June 19, 2008 at 10 AM ~~2:30 pm~~.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

FILED
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts