UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
              v.                   :   Criminal Action No.: 05-341 (RMU)
                                   :
DEVENGOECHEA et al.,               :
Dvfs 2, 3, 5, 6 + 7                :   **FILED**
              Defendants.          :
                                       JUN 19 2008
              **O R D E R**
                                       Clerk, U.S. District and
                                       Bankruptcy Courts

It is this 19th day of June 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on August 18, 2008 at 2:00 pm.

**SO ORDERED**.

_____
            Ricardo M. Urbina
         United States District Judge

