


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | Criminal Action No.: 05-0341 (RMU) |
| DE VENGOECHEA-MENDEZ, et al., <br> *Defts. 2, 3, 5, 6 & 7* <br> Defendant. | |

**FILED**

AUG 18 2008

Clerk, U.S. District and Bankruptcy Courts

**ORDER**

It is this 18th day of August, 2008, hereby

**ORDERED** that a _Status_ hearing in the above-captioned case shall take place on _September 8, 2008_ at _2:00 pm_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

