UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :
                                     :
                v.                   :      Criminal Action No.: 05-341-07 (RMU)
                                     :
#7. Ramirez-Diaz,                    :              **FILED**
         Defendant.                  :              SEP 8 - 2008
                                     :         Clerk, U.S. District and
                **ORDER**                       Bankruptcy Courts

It is this 8th day of September 2008, hereby

ORDERED a _status_ hearing in the above-captioned case shall take place on

_September 23, 2008_ at _3:00 p.m._.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge